1  LESLIE HOLMES, SB# 192608
2  MARK V. BOENNIGHAUSEN, SB# 142147
   HOGAN HOLMES & USOZ LLP
3  333 West Santa Clara St., Suite 800
   San Jose, California 95113
4  Telephone: 408-292-7600

5
   Attorneys for Defendants
6  RAMESH DRONAMRAJU, an individual
   sued erroneously as RAMESH RAJU and
7  BCCUSA, INC., a corporation

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                                                    *E-FILED - 2/14/07*
11

12 | INFOBAHN SOFTWORLD, INC.,        | Case No.: C07 00040 RMW
13 |         Plaintiff,               | STIPULATION AND []
   |                                  | ORDER TO ALLOW FILING OF
14 | v.                               | AMENDED COMPLAINT
15 | RAMESH RAJU, an individual and BCCUSA,
   | INC., a corporation, Does 1-20.
16 |
17 |         Defendants.

18

19

20      IT IS HEREBY STIPULATED, by and between the parties, through their respective

21 counsel of record, that in lieu of filing an opposition to the pending Motion to Dismiss that

22 Plaintiff would file an amended complaint as against BCCUSA, Inc.

23      IT IS HEREBY FURTHER STIPULATED that Plaintiff would have its amended

24 complaint on file no later than thirty (30) days after the e-filing of said stipulation. Defendant

25 BCCUSA, Inc. shall thereafter file its responsive pleading according to the provisions of the

26 Federal Rules of Civil Procedure.

27      IT IS HEREBY FURTHER STIPULATED that the hearing date on the Motion to

28 Dismiss, currently set for February 23, 2007, shall be vacated.   Defendants shall renotice
    any renewed motion to dismiss, if any.      (rmw)

STIPULATION AND ORDER
PAGE 1
CASE NO. C07-00040-RMW

| | | |
|---|---|---|
| 1 | Dated: 2/8/07 | LAW OFFICES OF JAMES M. BARRETT |
| 2 | | |
| 3 | | s/ |
| 4 | | JAMES M. BARRETT<br>Attorneys for Infobahn Softworld, Inc. |
| 5 | | |
| 6 | Dated: 2/9/07 | HOGAN HOLMES & USOZ LLP |
| 7 | | |
| 8 | | s/ |
| 9 | | LESLIE HOLMES |
| 10 | | Attorneys for Defendants<br>RAMESH DRONAMRAJU, an individual sued erroneously as RAMESH RAJU and BCCUSA, INC., a corporation |

### O R D E R

Pursuant to the stipulation of the parties, and good cause appearing therefore, Plaintiff shall be allowed to file its amended complaint within thirty (30) days of the e-filing of this stipulation as against BCCUSA, Inc. and the hearing on Defendants' Motion to Dismiss, currently set for February 23, 2007, shall be vacated.

Dated: 2/14/07

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER
PAGE 2
CASE NO. C07-00040-RMW