JAMES M. BARRETT, ESQ. SBN 190274
LAW OFFICE OF JAMES M. BARRETT
789 CASTRO STREET
MOUNTAIN VIEW, CA 94041
PH. 650-969-3687
FX 650-969-3699

Attorney for Infobahn Softworld Inc.

*E-FILED - 2/5/08*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFOBAHN SOFTWORLD, INC., a corporation.<br><br>Plaintiff,<br><br>v.<br><br>BCCUSA, INC., a corporation, and; DOES 1 through 20 inclusive,<br><br>Defendants.<br><br>_____<br><br>BCCUSA, INC., a corporation,<br>Counterclaimant<br><br>v.<br><br>INFOBAHN SOFTWORLD, INC.,<br>a corporation.<br><br>Counterdefendant. | Case Action No. C07 00040 RMW<br><br>**STIPULATION AND ORDER DISMISSING THE ACTION WITH PREJUDICE** |

**WHEREAS** Plaintiff INFOBAHN SOFTWORLD INC. and Defendant BCCUSA INC. entered into a the written "Settlement and General Release" on or about September 1, 2007 (the "Settlement Agreement") to settle fully and finally any and all disputes between them, including those arising out of the claims and defenses in this action.

**WHEREAS** the parties agreed to dismiss the above referenced action including all claims and counterclaims by any party;

**WHEREAS** all monies agreed to in the Settlement Agreement have been paid as agreed between parties.

The parties hereby stipulate as follows:

1. Case number C07 00040 RMW is dismissed with prejudice.

2. That all obligations under the Settlement Agreement have been satisfied.

Dated: January 31, 2008     LAW OFFICE OF JAMES M. BARRETT


S/_____
    JAMES M. BARRETT
    Attorney for Plaintiff.

Dated January 31, 2008     HOGNA HOLMES & USOZ LLP


S/_____
    LESLIE HOLMES
    Attorney for Defendants

## ORDER

IT IS HEREBY ORDERED that the forgoing Stipulation is approved in its entirety and That:

1. Case No. C-07 00040 RMW HRL is DISMISSED WITH PREJUDICE.

Dated: __2/5/08_____  ____*Ronald M. Whyte*____
　　　　　　　　　　　　　　　　HONORABLE RONALD M. WHYTE